**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE A. JIMENEZ,**

        **Plaintiff,**

**-vs-**                                                 **Case No. 6:07-cv-638-Orl-31KRS**

**ELITE ASSOCIATES & GROUP, INC.,**
**and CARLOS I. LABARCA,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. No. 33) filed September 21, 2007.

On February 13, 2008, the United States Magistrate Judge issued an amended report (Doc. No. 20) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Renewed Motion for Entry of Default Judgment is GRANTED in part and DENIED in part.

3. The Clerk is directed to enter Judgment in favor of the Plaintiff Jose A. Jimenez against the Defendants Elite Associates & Group, Inc., and Carlos I. Labarca, jointly and severally, in the total amount of **$1,342.24** ($672.24 in damages which include liquidated damages, $262.50 in attorney's fees, and $407.50 in costs). The damages payable to the Plaintiff shall not be reduced

by any contingent fee agreement between the Plaintiff and his attorney.  Count III of the complaint is dismissed with prejudice. The Clerk is directed to  close the file

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of March, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                       GREGORY A. PRESNELL
                                 UNITED STATES DISTRICT JUDGE